**Phillip DRAKE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47989.**

Missouri Court of Appeals,
Western District.

May 3, 1994.

---

**3.** The 1985 version of § 211.447.2(3) was carried forward unchanged in the 1990 version, referred to in footnote 1, *supra*.

Robert E. Steele, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

## *ORDER*

PER CURIAM:

Phillip Drake pleaded guilty to the charge of voluntary manslaughter emanating from his wife's death. He appeals the denial of his Rule 24.035 motion after an evidentiary hearing.

Affirmed. Rule 84.16(b).